IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
vs.                              )    CR. NO. 03-20434-01-Ma
                                 )
MARSHALL CHISM,                  )
                                 )
            Defendant.           )

---

### ORDER ON CHANGE OF PLEA

---

This cause came on to be heard on June 23, 2005, the United States Attorney for this district appearing for the Government and the defendant, Marshall Chism, appearing in person and with retained counsel, Mr. Marty McAfee.

With leave of the Court, the defendant entered a plea of guilty to Counts 1 and 5 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Thursday, September 29, 2005 at 1:30 p.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the 23d day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 2:03-CR-20434 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT