IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 26 PM 5: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 03-20434-Ma

MARSHALL CHISM,

    Defendant.

---

ORDER ALLOWING DEFENDANT TO TRAVEL

---

    Before the court is the July 25, 2005, motion by the defendant Marshall Chism, requesting permission to travel to Gatlinburg, Tennessee, on July 26, 2005, staying until July 29, 2005. The government does not oppose the motion. For good cause shown, the motion is granted. Defendant Marshall Chism may travel from Memphis, Tennessee, to Gatlinburg, Tennessee, on Tuesday, July 26, 2005, returning to Memphis, Tennessee, on Friday, July 29, 2005.

    It is so ORDERED this 26th day of July, 2005.

                                       SAMUEL H. MAYS, JR.
                                       UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-28-05

106

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 106 in case 2:03-CR-20434 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT