UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY _____ D.C.

05 NOV -1 PM 12: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D

*Thomas M. Gould, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF RE-SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

November 1, 2005

RE:   2:03cr20434-01-Ma
      *USA v. MARSHALL CHISM*

Dear Sir/Madam:

The **SENTENCING HEARING** before **Judge Samuel H. Mays, Jr.** has been **RE-SET** from TUESDAY, NOVEMBER 1, 2005 to **TUESDAY, JANUARY 3, 2006** at **9:00 A.M.** in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee before Judge Samuel H. Mays, Jr.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY: _____
Jean Lee, Case Manager
901-495-1239

122

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:03-CR-20434 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT